Timothy W. Pemberton SBN 102269
P.O. Box 485
Markleeville, CA 96120
(530) 694-2490
(530) 694-2325 - fax

Attorney for Plaintiff
Ari Makinen Enterprises, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ARI MAKINEN ENTERPRISES, INC., a California Corporation,<br><br>            Plaintiff,<br>v.<br><br>DANIEL B. LITTLE, ANGIE D. LITTLE, does 1-10, inclusive,<br><br>            Defendants.<br>_____/ | CASE NO. 2:06-CV-01887-FCD-GGH<br><br>**ORDER AUTHORIZING SERVICE OF PROCESS BY UNITED STATES MARSHAL** |

Upon reading the DECLARATION/APPLICATION FOR ORDER FOR SERVICE OF PROCESS BY UNITED STATES MARSHAL filed by plaintiff, and good cause appearing therefor:

It is hereby ordered that the United States Marshal may serve a copy of the Summons and of the Complaint upon defendants in the above-entitled action upon tender of all fees therefor by plaintiff.

Dated: August 31, 2006

/s/ Frank C. Damrell Jr.
Judge, United States District Court

1
ORDER AUTHORIZING SERVICE OF PROCESS BY UNTIED STATES MARSHAL