IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARI MAKINEN,

    Plaintiff,                                CIV. NO. S-06-1887 FCD GGH

    vs.

DANIEL B. LITTLE, ANGIE LITTLE,

    Defendants.                           ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on May 31, 2007. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The May 31, 2007 hearing on the motion for default judgment, filed May 16, 2007, is vacated; and

        2. The motion is submitted on the record.

DATED: 5/25/07

                                                    /s/ Gregory G. Hollows
                                            _____
                                            GREGORY G. HOLLOWS
                                            U. S. MAGISTRATE JUDGE

GGH:076:Makinen1887.vac.wpd